**LAW OFFICES OF**
**STEVEN I. HILSENRATH**

STEVEN I. HILSENRATH**

BRADLEY C. GUTKIN*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2020
```

**LICENSED IN NEW YORK AND NEW JERSEY
*LICENSED IN NEW YORK

December 22, 2020

*Via Electronic Filing*
Judge Analisa Torres
500 Pearl Street
Courtroom 15D
New York, New York 10007-1312

      Re:    Hayat v. Fuel Innovations Inc. et al
             Docket No.: 1:20-CV-06827(AT)(SN)
             Our File No.: 7343-P-001

Dear Judge Torres:

      The Parties submit this joint application for an adjournment of the pre-trial conference currently scheduled for January 11, 2020 until sometime in February, 2020.

      The Court should be aware that the first mediation session was conducted on December 21, 2020. The Parties agree that much progress was made during the first session and have consequently scheduled another mediation session for January 27, 2020. The Parties are optimistic about the prospect of reaching a settlement on January 27, 2020.

      Consequently, in the interest of judicial economy and to save litigation expenses, the Parties jointly request an adjournment of the pre-trial conference currently scheduled for January 11, 2020 until sometime in February, 2020.

      The Court's time and attention to this matter are greatly appreciated.

GRANTED. The initial pretrial conference scheduled for January 11, 2021, is ADJOURNED to **February 16, 2021**, at **11:20 a.m**. By **February 9, 2021**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: December 22, 2020
       New York, New York

                                      **ANALISA TORRES**
                                    United States District Judge