UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MUHAMMAD HAYAT,

                        Plaintiff,

      -against-

 FUEL INNOVATIONS, INC., ZACHARY
 GRUMET and RICHARD FINKLESTEIN,

                   Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   10/20/2021
```

20 Civ. 6827 (AT)

**ORDER TO STRIKE**

ANALISA TORRES, District Judge:

The Clerk of Court is directed to strike document number 57 from the docket.

SO ORDERED.

Dated: October 20, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge