```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MUHAMMAD HAYAT,

                              Plaintiff,

       -against-

FUEL INNOVATIONS, INC., ZACHARY
GRUMET and RICHARD FINKLESTEIN,

                              Defendants.
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/22/2021
```

20 Civ. 6827 (AT)

**JUDGMENT**

ANALISA TORRES, District Judge:

This action having been commenced by filing of the Summons and Complaint by Plaintiff Muhammed Hayat against Defendants Fuel Innovations, Inc., Zachary Grumet, and Richard Finkelstein, charging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207 *et seq.*, and the New York Labor Law; and, Defendants having been timely and properly served through personal service and the Secretary of State on August 26, 2020, and August 27, 2020; and, Defendants having failed to appear through counsel in this action or further defend this action after counsel was relieved by order of the Court on March 3, 2021; and, Defendants having failed to comply with a number of the Court's deadlines, for the reasons stated on the record, it is ORDERED, ADJUDGED, and DECREED that Plaintiff have judgment against Defendants in the amount of $74,698 in unpaid overtime wages, with pre-judgment interest at 9% from June 24, 2017, to the date of judgment, which amounts to $29,119.94; $74,968 in liquidated damages; $10,000 in statutory damages; attorneys' fees of $14,557.50, and $555 in costs. Plaintiff is further entitled to post-judgment interest at the statutory rate.

The Clerk of Court is directed to terminate all pending motions, vacate all conferences, and to close the case.

SO ORDERED.

Dated: October 22, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge